# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-mc-80011 <br> Magistrate Judge Laura K. McNally |
| v. | Violation No.: E2169818 |
| Betsy Reyes-Rojas, | Magistrate Judge Laura K. McNally |

## ORDER

Telephonic status hearing is set for 11/14/2025 at 11:00 a.m. to set a date for trial. The call-in number for any is 1-650-479-3207; Access code: 23166424339. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

_Laura K. McNally_
Laura K. McNally
United States Magistrate Judge

DATE: 11/10/2025