IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br>Plaintiff(s),<br><br>v.<br><br>Betsy Reyes-Rojas,<br><br>Defendant(s) | Case No. 25M80011<br><br>Judge Laura K. McNally |

## ORDER

For reasons stated on the record and at the request of the issuing agency, ticket number E2169818 and case 25M80011 are dismissed with prejudice.

(00.30)

Date: 11/21/2025

Laura K. McNally
United States Magistrate Judge